**EXHIBIT "A"**

| IN RE: | § | CASE NO. 12-38720-H2-7 |
|---|---|---|
| | § | |
| **LELA EARLINE WILLMON,** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| _____ Small Dividends | | | |
| __X__ Unclaimed Dividends | | | |
| | | Check #5010 | |
| | | Lela Earline Willmon | |
| | | 25072 Goodson Road | |
| | | Splendora, Texas 77372 | $ 7,548.72 |
| | | Total Small Dividends | n/a |
| | | Total Unclaimed Dividends | $ 7,548.72 |